IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDREW GUY MORET,

    Plaintiff,

v.

PAT GARRETT, et al.,

    Defendants.

Civ. No. 3:18-cv-00096-JR

ORDER

MCSHANE, Judge:

Magistrate Judge Jolio A. Russo filed a Findings and Recommendation (ECF No. 17), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 17) is adopted. This action is dismissed.

IT IS SO ORDERED.

    DATED this 30th day of August, 2018.

                                      /s/ Michael J. McShane
                                        Michael McShane
                                     United States District Judge