IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

FILED 13 MAR '20 10:26 USDC-ORP

Andrew Moret

    Plaintiff

v.

Pat Garrett, M. Lloyd, S. Hopson,
B. Condon, H. Smith, S. Siemiller,
A. Ashenfelter, R. Bose, J. Shulz,
Gottfried, A. Branford, T. Millsap,
Unknown WCJ Liason, WCJ,
Unkown telephone liason OSH,
Poornima Ranganathan, Andrea Dailey,
Six Unknown OSH employees,

    Defendants

Case No.: 3:18-cv-00096-MK

AMENDED COMPLAINT (02)

I.

PARTIES

PLAINTIFF:

    1. Andrew Guy Moret #16301890, 2605 State Street Salem, OR 97310

DEFENDANTS, In their official and individual capacity:

    1. Pat Garrett, Sheriff of Washington County Oregon,

    2. Washington County Jail (WCJ), 215 S.W. Adams Ave. Hillsboro, OR 97123

    3. M. Lloyd, Deputy WCJ

29    4. S. Hopson, Deputy WCJ
30    5. Brian Condon, Deputy WCJ
31    6. H. Smith, Deputy WCJ
32    7. Shane Siemiller, Sergeant WCJ
33    8. A. Ashenfelter, Sergeant WCJ
34    9. R. Bose, Deputy WCJ
35    10. J. Shulz, MED179 WCJ
36    11. Gottfried, Deputy WCJ
37    12. Angela Branford, FORMER Deputy WCJ
38    13. Terry Millsap, Corporal WCJ
39    14. Unknown WCJ phone Liason
40    15. Unknown OSH phone Liason, Oregon State Hospital (OSH)
41    2600 Center Street NE Salem, OR 97301
42    16. Poornima Ranganathan, Psychiatric Doctor OSH
43    17. Andrea Dailey, Psychiatric Nurse OSH
44    18. [6] Six unknown OSH employees (Counted as different individual
45    Defendants)
46
47                                       II.
48                              CASE INFORMATION
49
50    At the time this lawsuit was initially filed, Plaintiff was a pretrial detainee being
51    housed in WCJ. He filed this lawsuit for the string of continuous civil rights violations
52    he experienced at the hands of WCJ employees during a two and a half month period
53    between the day after Thanksgiving, Fri. November 27th, 2015, and three days before he

54  was transferred to OSH, February 16th, 2016.

55  Defendants filed a motion to dismiss the complaint due to it being beyond the
56  Statute of limitations, and that action was dismissed by the District Court upon the
57  recommendations of the Magistrate. That judgment was vacated by the U.S. 9th Circuit
58  Court of Appeals because it was not "absolutely clear" that the orig. comp. could not
59  have been cured by amendment concerning the dates of illegal treatment. The case was
60  then remanded for further proceedings consistent with the 9th Circuit's decision, see:
61  *Moret v. Garrett, et al.*, 19-36073 (9th cir. 2020)

62  Since this action was initially filed, another action was filed in the U.S. District
63  Court by Plaintiff alleging malpractice, assault, and unwanted medical procedures by
64  State of Oregon employees titled, *Moret v. Ranaganathan, et al.* 6:18-cv-01105-MK.
65  That case was dismissed by the same court who dismissed *Moret v. Garrett, et al.*, 19-
66  36073 (9th cir. 2020), as mentioned above. However, discovery documents received in
67  *Moret v. Ranganathan et al.*, 6:18-cv-01105-MK, prior to that case's dismissal, adds
68  Defendants and proves additional claims of conspiracy tied to this action. Defendants
69  who were perpetrating continuous damages through conspiracy are now listed in this
70  amended complaint. Per contra, this complaint does not overlap that one. It merely fills
71  in the gap between the two as a continuous campaign of abuse towards Andrew Moret.

72  The correct dates are as follows: Continued civil rights violations towards Moret
73  from November 27th, 2015 until February 19th, 2016. Moret filed the original complaint
74  on January 23rd, 2018. That filing date is 27 days under the [2] two year time limit as set

75 forth by Oregon Statute. This complaint was/is timely.

76 With leave from this court to file such an amended complaint, that complaint is as
77 follows:

78

### III.

### STATEMENT OF CLAIM

81

82 CLAIM 1: On November 27th, 2015; WCJ did not feed Moret any meals.

83 CLAIM 2: On November 28th, 2015; WCJ did not feed Moret any meals.

84 CLAIM 3: On November 29th, 2015; WCJ did not feed Moret any meals.

85 CLAIM 4: On November 30th, 2015; WCJ did not feed Moret any meals.

86 CLAIM 5: On December 1st, 2015; WCJ did not feed Moret any meals.

87 CLAIM 6: On December 2nd, 2015; WCJ did not feed Moret any meals.

88 CLAIM 7: On December 3rd, 2015 WCJ did not feed Moret any meals.

89 CLAIM 8: On December 3rd, 2015 around 8pm, Moret was let out of his cell and he
90 complained to Ofc. Lloyd that he wasn't being fed. Ofc. Lloyd told Moret that he would
91 feed him. Moret began doing exercises in the unit hallway waiting for food. Moret was
92 ordered back to his cell by Ofc. Lloyd. Mr. Moret complied with Ofc. Lloyd's order and
93 secured himself in his cell and laid down. See: Orig. Comp. Attachments F1-F2. Without
94 warning, under the directions of Sgt. Ashenfelter and Sgt. Siemiller; WCJ officers Bose
95 and Condon, ran into Moret's cell and attacked and tasered Moret while he was prone.

96  Then, Ofc. Smith clamped handcuffs on Moret's wrists so tight they drew blood, and; he

97  clamped leg-irons on so tight to Moret's ankles that it inhibited his natural gait forcing

98  him to walk tippy-toes. Listed Officers then force-marched Moret approx. [50] fifty

99  yards on his tippy-toes and put him in a holding cell in booking. Ofc. Hopson

100 accessorized this CLAIM and Medical J. Shulz failed to report Moret's injuries

101 accurately. Approx. [45] forty-five minutes later, officers returned Moret to the same cell

102 they just took him out of. That cell was now missing all Moret's legal discovery

103 documents, including hand written notes.

104 CLAIM 9: On December 4th, 2015 WCJ did not feed Moret any meals.

105 CLAIM 10: On December 5th, 2015 WCJ did not feed Moret any meals.

106 CLAIM 11: On December 6th, 2015 WCJ did not feed Moret any meals.

107 CLAIM 12: On December 7th, 2015 WCJ did not feed Moret any meals.

108 CLAIM 13: On December 8th, 2015 WCJ did not feed Moret any meals.

109 CLAIM 14: On December 9th, 2015 WCJ did not feed Moret any meals.

110 CLAIM 15: On or about December 10th, 2015 WCJ did not feed Moret any meals. Moret

111 flooded his cell to get officers attention to try and make them feed him. Ofc. Gottfried

112 shut Moret's in-cell water completely off.

113 CLAIM 16: On or about December 11th, 2015 WCJ did not feed Moret any meals and;

114     (a) they did not provide him water.

115 CLAIM 17: On or about December 12th, 2015 WCJ did not feed Moret any meals and;

116     (a) they did not provide him water.

117  CLAIM 18: On or about December 13th, 2015 WCJ did not feed Moret any meals and;

118      (a) they did not provide him water.

119  CLAIM 19: On or about December 14th, 2015 WCJ did not feed Moret any meals and;

120      (a) they did not provide him water. Moret drank from his cell toilet.

121  CLAIM 20: On or about December 15th, 2015 WCJ did not feed Moret any meals and;

122      (a) they did not provide him water. Moret was forced to drink from his cell toilet

123  to survive.

124  CLAIM 21: On or about December 16th, 2015 WCJ did not feed Moret any meals and;

125      (a) they did not provide him water. Moret was forced to drink from his cell toilet

126  to survive.

127  CLAIM 22: On or about December 17th, 2015 WCJ did not feed Moret any meals and;

128      (a) they did not provide him water. Moret had no water from his cell toilet.

129  CLAIM 23: On December 18th, 2015 Officer Toney turned Moret's water on, and WCJ

130  staff gave him a sack lunch. Then officers moved Moret to segregation (the hole), for

131  non-punitive reasons. Moret was put in the hole non-punitively from approx. December

132  18th, 2015 until February 19th, 2016. On February 19th, 2016 Moret was transferred to

133  Oregon State Hospital (OSH).

134  CLAIM 24: During Moret's non-punitive segregation, as time-lined in CLAIM 23, he

135  was repeatedly harassed by Officer Angela Branford. Ofc. Branford would put Moret in

136  the hole shower for hours, stare at him naked (voyeur), and make fun of him.

137  CLAIM 25: During Moret's non-punitive segregation, as time-lined in CLAIM 23, he

138  was repeatedly harassed by WCJ officers using the in-cell intercom to make insulting

139  comments such as, "why'd you kill that nigger" and "your Dad is dead".

140  CLAIM 26: During Moret's non-punitive segregation, as time-lined in CLAIM 23, on a

141  day in late January 2016, WCJ staff refused to let Moret throw his sack lunch trash

142  away. Moret flooded his cell accidentally by attempting to flush sack lunch garbage.

143  There was no feces or urine in the flooded water. Moret was pulled out of his cell by

144  Ofc. Terry Millsap and other officers. Moret's cell was stripped bare of all items

145  including his legal paperwork, his blankets, and his mattress. He was then harassed and

146  stripped naked by Ofc. Terry Millsap who unreasonably stared at Moret's naked body

147  (voyeur). WCJ billed Moret 60.00$ for a mattress replacement fee, but never delivered a

148  mattress to Moret. Pat Garrett Accessorized this CLAIM by refusing to refund that

149  60.00$ to Moret in a WCJ grievance filed in 2017.

150  CLAIM 27: From the incident detailed in CLAIM 26, Moret was left without blankets, a

151  mattress, or clothing for approx. [7] seven days time. (Strip cell)

152  CLAIM 28: In early February 2016, Ofc. Coffman gave Moret a smock/shift for clothing

153  to wear. Moret was left without blankets and a mattress for approx. [7] seven days time.

154  (Strip cell)

155  CLAIM 29: On or about February 9th, 2016 Moret received a blanket from WCJ staff but

156  did not receive a mattress. (Strip cell)

157  CLAIM 30: On February 16th, 2016 Moret received a mattress from WCJ staff that

158  smelled of urine. By this time, bone spurs had developed on Moret's hips from sleeping

159  on the cement for weeks. Moret was forced to sleep on a mattress that smelled of urine.

160  CLAIM 31: On February 19th, 2016 an Unknown WCJ phone Liason made a false report

161  to an Unknown OSH phone Liason telling them that Moret was extremely agitated, and

162  a threat to himself or others, and that he needed to be extracted from his cell. WCJ staff

163  created a ˅mental disability in Moret and they discriminated against him because of it. Moret's

164  alleged extraction was video recorded by Sgt. Ashenfelter, and that video is archived in

165  WCJ records; the video shows Moret was peaceful. The Unknown OSH phone Liason

166  conspired with Poornima Ranganathan and Andrea Dailey inciting Moret's immediate

167  assault by Six Unknown OSH employees upon Moret's arrival at OSH. All these

168  Defendants conspired with each other prior to Moret's intake. Defendants' conspiracy

169  prejudiced Moret's intake to OSH.

170

171                                      **IV.**

172                      **DAMAGES AND RELIEF SOUGHT**

173

174       DAMAGES: Physical, Permanent hip malfunction, loss of movement, extreme

175  emotional distress, humiliation from staff voyeurism, extreme indifference to human

176  life, starvation, thirsting, assault, continuous torture, due process violations for removing

177  legal documents from Moret's cell pre-trial, pain, suffering, conspiracy against rights,

178  violations under the color of law, and discrimination based on a fabricated disability.

179       RELIEF SOUGHT: 1. 250,000$ For each CLAIM = 7,750,000$

180     2. 250,000$ for each Defendant = 6,000,000$

181     3. Punitive damages sought = 50,000,000$

182     **TOTAL = 63,750,000$**

183

184     V.

185     CONCLUSION

186

187     WHEREFORE, Plaintiff demands a **jury trial** in the above titled action and

188     humbly begs this gracious court for remedy.

189

190

191     MADE ON  03 / 10 / 2020   By  Plaintiff  X _____

192                                             Andrew G. Moret 16301890

193                                             2605 State Street

194                                             Salem, OR 97310

195

196

197

198

199

A.G. Moret Cert. of service 2020

_____Moret_____v_____Garrett, et al._____

Case # : ___3:18-cv-00096-MK_____

*CERTIFICATE OF SERVICE*

I, Andrew Guy Moret, do hereby certify that a copy of the

_____Amend. Complaint + Motion for leave_____

was sent via U.S. Mail to all parties listed below on _03_/_10_/_2020_.

X_____[signature]_____

Andrew G. Moret
2605 State Street
Salem, OR 97310

PARTIES:

1._US DIST COURT__Portland Div._____

2._Defense Counsel  Elmer Dickens_____

3._NEW STATE DEFENDANTS Oregon Atty. General_____

4._____

5._____

6._____

7._____

RCVD 13 MAR '20 10:26 USDC-ORP

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Andrew Guy Moret

## DEFENDANTS
Pat Garrett, et al.

(b) County of Residence of First Listed Plaintiff **Marion**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Washington**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
*Pro Se*

Attorneys (If Known) Elmer Dickens, Jr. and Or. Atty. General

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☒ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **42 USC 1983**

Brief description of cause: **Assault, torture-continuous voyeurism + conspiracy +**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **63,750,000**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE **Jolie Russo** DOCKET NUMBER **3:18-cv-00096-JR**

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____