REF # 3:18-cv-00096-MK, 6:18-cv-01105-MK

RECVD 19 NOV '20 10:44 USDC-ORP

11/12/2020

LEGAL LETTER TO:

Magistrate Kasubhai and Judge Michael McShane,

Dear Judges,

It seems you guys have made a pair that constantly dismisses my valid actions without cause. With the 9th Circuit recently reversing 6:18-cv-01105-MK, that's twice now you have been reversed concerning cases I've filed. Twice in a row, in fact. If you guys can't treat me fairly then you should be disqualified. You dismissed my Habeas for failure to exhaust after I exhausted...

* I ask that you both recuse yourselves from any case I am a party, or; provide me a reason for the harsh lack of understanding towards me.

* I move to disqualify you for prejudice.

Separately, I've filed for discovery in 3:18-cv-00096-MK and I am waiting on Defendants.

Sincerely,

Andrew G. Moret
16301890
OSP.

PS Proper Motions to disqualify forthcoming.