FILED

FEB 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW GUY MORET, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> PAT GARRETT; et al., <br><br> Defendants-Appellees. | No.   20-35829 <br><br> D.C. No. 3:18-cv-00096-MK <br> District of Oregon, <br> Portland <br><br> ORDER |

Before:  W. FLETCHER, BERZON, and BYBEE, Circuit Judges.

Appellant's motion to construe this appeal as a petition for writ of mandamus is denied (Docket Entry No. 9).  Appellant's petition for writ of mandamus relating to the orders challenged in this interlocutory appeal was denied in petition No. 20-73538.

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

MF/Pro Se